UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISNEY ENTERPRISES, INC.,<br><br>                             Plaintiff,<br><br>  -against-<br><br>FINANZ ST. HONORÉ, B.V.,<br><br>                            Defendant. | No. 13-CV-6338 (NG) (SMG)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Lynn Tilton, and the exhibits attached thereto, Patriarch Partners Agency Services, LLC ("PPAS") shall move this Court, before the Honorable Nina Gershon, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, Courtroom No. 6D S, on October 24, 2018, at 2:30 p.m., or as soon thereafter as the matter can be heard, for an order:

(i) permitting PPAS to intervene in this action;

(ii) determining that PPAS, as Administrative Agent for certain secured lenders, has priority security interests in all property of Defendant Finanz St. Honoré, B.V. and non-party Dana Classic Fragrances, Inc., which take priority over any interests in such property asserted by judgment creditor Plaintiff Disney Enterprises, Inc.;

(iii) modifying the Attachment Order dated May 1, 2017, consistent with PPAS's priority security interests; and

(iv) such other and further relief as the Court deems just and proper.

Dated: New York, New York
October 12, 2018

                    SHER TREMONTE LLP

                    By: */s/ Michael W. Gibaldi*
                          Theresa Trzaskoma
                          Michael W. Gibaldi

                    90 Broad Street, 23rd Floor
                    New York, New York 10004
                    Tel: (212) 202-2600
                    Fax: (212) 202-4156
                    ttrzaskoma@shertremonte.com
                    mgibaldi@shertremonte.com

                    *Attorneys for Intervenor Patriarch Partners Agency Services, LLC*